

**EXHIBIT Z**



## Partners Adjusting Firm

Partners Adjusting Firm, LLC
P.O. Box 25581
Colorado Springs, CO  80936
844-723-2567

|  |  |  |  |
|---|---|---|---|
| Insured: | Canyon Club Condo Association | | |
| Property: | 6495 Happy Canyon Rd | | |
| | Denver, CO 80237 | | |

| | | | |
|---|---|---|---|
| Claim Rep.: | Gary Stevens | Business: | (920) 427-8350 |
| Business: | P.O. Box 25581 | E-mail: | gstevens@pafclaims.com |
| | Colorado Springs, CO 80936 | | |

| | | | |
|---|---|---|---|
| Estimator: | Gary Stevens | Business: | (920) 427-8350 |
| Business: | P.O. Box 25581 | E-mail: | gstevens@pafclaims.com |
| | Colorado Springs, CO 80936 | | |

**Claim Number:**          **Policy Number:**          **Type of Loss:** Hail

| | | | |
|---|---|---|---|
| Date of Loss: | 7/15/2016 12:00 AM | Date Received: | |
| Date Inspected: | | Date Entered: | 1/6/2019 5:14 PM |

| | |
|---|---|
| Price List: | CODE8X_MAY17 |
| | Restoration/Service/Remodel |
| Estimate: | CC-ICS-VS-MTS-2017 |

**This purpose of this estimate is to provide an Xactimate costing example for what ICS estimated on roofing, gutters, and applicable general conditions to replace the existing roofs and gutters at the Canyon Club HOA.**

**EXHIBIT J**



## Partners Adjusting Firm

Partners Adjusting Firm, LLC
P.O. Box 25581
Colorado Springs, CO  80936
844-723-2567

### CC-ICS-VS-MTS-2017

### Roof Items

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Remove Tear off, haul and dispose of comp. shingles - Laminated | 2,309.74 SQ | 119.87 | 0.00 | 0.00 | 69,217.13 | 346,085.66 |
| Roofing felt - 30 lb. | 1,312.05 SQ | 0.00 | 33.39 | 1,211.49 | 11,255.21 | 56,276.05 |
| Ice & water shield | 87,889.00 SF | 0.00 | 1.65 | 2,554.93 | 36,892.95 | 184,464.73 |
| Asphalt starter - universal starter course | 10,722.70 LF | 0.00 | 1.79 | 410.14 | 4,900.93 | 24,504.70 |
| Laminated - High grd - impact resist shingle - w/out felt | 2,540.75 SQ | 0.00 | 276.20 | 25,293.03 | 181,762.04 | 908,810.22 |
| Drip edge | 16,731.50 LF | 0.00 | 1.98 | 819.17 | 8,486.90 | 42,434.44 |
| Ridge cap - composition shingles | 472.00 LF | 0.00 | 3.72 | 37.55 | 448.35 | 2,241.74 |
| Continuous ridge vent - shingle-over style | 4,387.00 LF | 0.00 | 7.45 | 996.75 | 8,419.98 | 42,099.88 |
| Remove Roof vent - turtle type - Metal | 270.00 EA | 20.67 | 0.00 | 0.00 | 1,395.23 | 6,976.13 |
| Roof vent - turtle type - Metal | 270.00 EA | 0.00 | 50.17 | 297.64 | 3,460.89 | 17,304.43 |
| Remove Flashing - pipe jack | 589.00 EA | 16.19 | 0.00 | 0.00 | 2,383.98 | 11,919.89 |
| Flashing - pipe jack | 589.00 EA | 0.00 | 34.13 | 329.38 | 5,108.00 | 25,539.95 |
| Prime & paint roof vent | 589.00 EA | 0.00 | 27.33 | 315.86 | 4,103.32 | 20,516.55 |
| Remove Additional charge for high roof (2 stories or greater) | 1,174.26 SQ | 4.86 | 0.00 | 0.00 | 1,426.73 | 7,133.63 |
| Additional charge for high roof (2 stories or greater) | 1,174.26 SQ | 0.00 | 16.59 | 0.00 | 4,870.25 | 24,351.22 |
| Saddle or cricket - up to 25 SF | 17.00 EA | 0.00 | 102.65 | 36.87 | 445.49 | 2,227.41 |
| Remove Chimney flashing - large (32" x 60") | 96.00 EA | 57.52 | 0.00 | 0.00 | 1,380.48 | 6,902.40 |
| Chimney flashing - large (32" x 60") | 96.00 EA | 0.00 | 422.04 | 608.89 | 10,281.18 | 51,405.91 |
| Remove Chimney flashing - average (32" x 36") | 1.00 EA | 43.13 | 0.00 | 0.00 | 10.78 | 53.91 |
| Chimney flashing - average (32" x 36") | 1.00 EA | 0.00 | 319.20 | 4.39 | 80.90 | 404.49 |
| Remove Furnace vent - rain cap and storm collar, 6" | 79.00 EA | 25.74 | 0.00 | 0.00 | 508.37 | 2,541.83 |
| Furnace vent - rain cap and storm collar, 6" | 79.00 EA | 0.00 | 72.97 | 162.75 | 1,481.84 | 7,409.22 |
| Remove Furnace vent - rain cap and storm collar, 8" | 172.00 EA | 25.74 | 0.00 | 0.00 | 1,106.82 | 5,534.10 |
| Furnace vent - rain cap and storm collar, 8" | 172.00 EA | 0.00 | 81.99 | 473.03 | 3,643.82 | 18,219.13 |



**Partners Adjusting Firm**

Partners Adjusting Firm, LLC
P.O. Box 25581
Colorado Springs, CO  80936
844-723-2567

### CONTINUED - Roof Items

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Roofer - per hour- Difficult - No Access | 1,292.00 HR | 0.00 | 115.02 | 0.00 | 37,151.46 | 185,757.30 |
| **ICS additional labor hours for no access.** | | | | | | |
| Digital satellite system - Detach & reset | 44.00 EA | 0.00 | 36.26 | 0.00 | 398.86 | 1,994.30 |
| Digital satellite system - alignment and calibration only | 44.00 EA | 0.00 | 108.77 | 0.00 | 1,196.47 | 5,982.35 |
| Totals:  Roof Items | | | | 33,551.87 | 401,818.36 | 2,009,091.57 |

### Gutters

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Remove Gutter / downspout - aluminum - 6" | 13,619.50 LF | 0.87 | 0.00 | 0.00 | 2,962.25 | 14,811.22 |
| Gutter / downspout - aluminum - 6" | 13,619.50 LF | 0.00 | 8.19 | 4,907.31 | 29,112.76 | 145,563.78 |
| Soffit & Fascia Installer - per hour | 75.44 HR | 0.00 | 86.10 | 0.00 | 1,623.85 | 8,119.23 |
| **ICS indicates extra labor is needed for two story installation.** | | | | | | |
| Totals:  Gutters | | | | 4,907.31 | 33,698.86 | 168,494.23 |

### General Conditions

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Fall protection harness and lanyard - per day | 1,291.00 DA | 0.00 | 27.50 | 0.00 | 8,875.63 | 44,378.13 |
| Remove Temporary fencing | 13,264.00 LF | 0.78 | 0.00 | 0.00 | 2,586.48 | 12,932.40 |
| Temporary fencing | 13,264.00 LF | 0.00 | 5.23 | 0.00 | 17,342.68 | 86,713.40 |
| Temporary toilet (per month) | 41.00 MO | 0.00 | 171.64 | 0.00 | 1,759.31 | 8,796.55 |
| Commercial Supervision / Project Management - per hour | 2,456.00 HR | 0.00 | 63.82 | 0.00 | 39,185.48 | 195,927.40 |
| **Used estimated labor hours ICS had calculated for roof and gutters.  307 days X 8 hours per day** | | | | | | |
| Tarp - all-purpose poly - per sq ft (labor and material) | 133,017.00 SF | 0.00 | 0.77 | 1,729.89 | 26,038.24 | 130,191.22 |
| Scaffold - per section (per day) | 22,856.00 DA | 0.00 | 16.20 | 0.00 | 92,566.80 | 462,834.00 |



**Partners Adjusting Firm**

Partners Adjusting Firm, LLC
P.O. Box 25581
Colorado Springs, CO  80936
844-723-2567

## CONTINUED - General Conditions

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Scaffolding Setup & Take down - per hour | 2,617.00 HR | 0.00 | 42.49 | 0.00 | 27,799.08 | 138,995.41 |
| Telehandler/forklift and operator | 2,576.00 HR | 0.00 | 97.06 | 0.00 | 62,506.64 | 312,533.20 |
| Job-site cargo/storage container - 40' long - per month | 24.00 MO | 0.00 | 115.84 | 212.68 | 748.21 | 3,741.05 |
| General Laborer - per hour | 656.00 HR | 0.00 | 42.49 | 0.00 | 6,968.36 | 34,841.80 |

**ICS allowances for landscaping repairs.**

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals:  General Conditions | | | | 1,942.57 | 286,376.91 | 1,431,884.56 |
| **Line Item Totals: CC-ICS-VS-MTS-2017** | | | | **40,401.75** | **721,894.13** | **3,609,470.36** |



**Partners Adjusting Firm**

Partners Adjusting Firm, LLC
P.O. Box 25581
Colorado Springs, CO  80936
844-723-2567

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 2,847,174.48 |
| Material Sales Tax | 40,189.07 |
| Storage Rental Tax | 212.68 |
| Subtotal | 2,887,576.23 |
| Overhead | 433,136.48 |
| Profit | 288,757.65 |
| **Replacement Cost Value** | **$3,609,470.36** |
| **Net Claim** | **$3,609,470.36** |

_____
Gary Stevens