IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00683-DDD-STV

CANYON CLUB CONDOMINIUM OWNERS ASSOCIATION,

Plaintiff/Counterclaim Defendant,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a corporation,

Defendant/Counterclaim Plaintiff.

---

## JOINT STATUS REPORT

Plaintiff Canyon Club Condominium Owners Association ("Canyon Club") and Defendant American Family Mutual Insurance Company ("American Family"), by their respective undersigned counsel of record, submit this Joint Status Report pursuant to the Court's Order (ECF 233), as follows:

### CERTIFICATE OF CONFERRAL

Pursuant to the Court's Order (ECF 233), counsel for the parties have conferred and are in agreement with the filing of this joint status report.

### I. Prospect for Settlement

The parties are currently discussing potential dates for mediating this case. Due to the complexity of the case, the parties believe that the mediation may take at least two days. The parties are considering former magistrate judge Kristen Mix as the potential mediator.

## II.     Proposed Trial Dates and Anticipated Length of Trial

The parties anticipate a 15-day jury trial. After conferring in good faith on existing trial commitments through April 2024 and mutually available trial dates thereafter, all four lead counsel have concluded that a 15-day jury trial is not feasible until the month of **June, 2024**. All counsel are available to set the trial according to the Court's availability for 15 trial days commencing in June, and they respectfully ask the Court to set the trial for that month or soon thereafter.

## III.     Other Issues the Parties Wish to Bring to the Court's Attention

The parties have no other issues to bring to the Court's attention at this time.

Dated:  October 5, 2023

Respectfully submitted,

| | |
|---|---|
| *s/ Christopher Mammel* | *s/ Terence Ridley* |
| Christopher N. Mammel | Terence M. Ridley |
| Michael Duffy | Dean Neuwirth |
| Merlin Law Group | William Brophy |
| 1001 17th Street | Spencer Fane LLP |
| Suite 1150 | 1700 Lincoln Street, Suite 2000 |
| Denver, CO 80202 | Denver, CO 80203 |
| Telephone:   720.665.9680 | Telephone:   303.839.3800 |
| Facsimile:   720.665.9681 | Facsimile:   303.839.3838 |
| Email:   cmammel@merlinlawgroup.com | Email:   tridley@spencerfane.com |
|          mduffy@merlinlawgroup.com |          dneuwirth@spencerfane.com |
|          tchensee@merlinlawgroup.com |          wbrophy@spencerfane.com |
| | |
| Attorneys for Plaintiff | Habib Nasrullah |
| Canyon Club Condominium Owners Association | Wheeler Trigg O'Donnell LLP |
| | 370 Seventeenth Street, Suite 4500 |
| | Denver, CO 80202-5647 |

Telephone: 303.244.1800
Facsimile: 303.244.1879
Email: nasrullah@wtotrial.com

Attorneys for Defendant
American Family Mutual Insurance Company

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on October 5, 2023 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Christopher N. Mammel**
  cmammel@merlinlawgroup.com, tchensee@merlinlawgroup.com, dreyes@merlinlawgroup.com, asasko@merlinlawgroup.com

- **Dean Neuwirth**
  dneuwirth@spencerfane.com, arutherford@spencerfane.com

- **Habib Nasrullah**
  nasrullah@wtotrial.com, goodwin@wtotrial.com, winiarski@wtotrial.com

- **Terence M. Ridley**
  tridley@spencerfane.com, lnorris@spencerfane.com, sallen@spencerfane.com

- **Megan Bitner Treseder**
  mtreseder@spencerfane.com, kkern@spencerfane.com

- **Michael William Duffy**
  mduffy@merlinlawgroup.com, ileservice@merlinlawgroup.com

*s/Tamara Chen-See*