IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-00683-DDD-STV

CANYON CLUB CONDOMINIUM OWNERS ASSOCIATION,

    Plaintiff/Counterclaim Defendant,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a corporation,

    Defendant/Counterclaim Plaintiff.

## JOINT NOTICE OF SETTLEMENT

Plaintiff/Counterclaim Defendant Canyon Club Condominium Owners Association and Defendant/Counterclaim Plaintiff American Family Mutual Insurance Company (collectively, the "Parties") hereby notify the Court that they have reached a full and final resolution of all claims asserted by the Parties or that could have been asserted by the Parties in this matter. The Parties are in the process of drafting necessary settlement and dismissal documents and anticipate filing a stipulation of dismissal of all claims with prejudice within the next 30 days. Each party will pay its own fees and costs.

| | |
|---|---|
| Dated: April 25, 2025 | Respectfully submitted, |

| | |
|---|---|
| s/ *Christopher N. Mammel* | s/ *Habib Nasrullah* |
| Christopher N. Mammel | Habib Nasrullah |
| Michael W. Duffy | Erin Frohardt Tatman |
| Edward Eshoo, Jr. | William P. Sowers, Jr. |
| Merlin Law Group | Wheeler Trigg O'Donnell LLP |
| 1001 17th Street | 370 Seventeenth Street, Suite 4500 |
| Suite 1150 | Denver, CO 80202 |
| Denver, CO 80202 | Telephone: 303.244.1800 |
| Telephone: 720.665.9680 | Facsimile: 303.244.1879 |
| Facsimile: 720.665.9681 | Email: nasrullah@wtotrial.com |
| Email: cmammel@merlinlawgroup.com | tatman@wtotrial.com |
| mduffy@merlinlawgroup.com | sowers@wtotrial.com |
| eeshoo@merlinlawgroup.com | |
| | Terence M. Ridley |
| Attorneys for Plaintiff Canyon Club Condominium Owners Association | Dean Neuwirth |
| | William M. Brophy |
| | Spencer Fane LLP |
| | 1700 Lincoln Street, Suite 2000 |
| | Denver, CO 80203 |
| | Telephone: 303.839.3800 |
| | Facsimile: 303.839.3838 |
| | Email: tridley@spencerfane.com |
| | dneuwirth@spencerfane.com |
| | wbrophy@spencerfane.com |
| | |
| | Attorneys for Defendant American Family Mutual Insurance Company |

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on April 25, 2025, I electronically filed the foregoing **JOINT NOTICE OF SETTLEMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Christopher N. Mammel**
  cmammel@merlinlawgroup.com, tchensee@merlinlawgroup.com, vquitugua@merlinlawgroup.com

- **Michael William Duffy**
  mduffy@merlinlawgroup.com, ileservice@merlinlawgroup.com

- **Edward Eshoo, Jr.**
  eeshoo@merlinlawgroup.com, ileservice@merlinlawgroup.com

- **Habib Nasrullah**
  nasrullah@wtotrial.com, goodwin@wtotrial.com, winiarski@wtotrial.com

- **Erin Tatman**
  tatman@wtotrial.com, bratcher@wtotrial.com

- **William Sowers**
  sowers@wtotrial.com, fernandez@wtotrial.com

- **Dean Steven Neuwirth**
  dneuwirth@spencerfane.com, tkane@spencerfane.com

- **Terence M. Ridley**
  tridley@spencerfane.com, lnorris@spencerfane.com, eseefried@spencerfane.com

- **William Michael Brophy**
  wbrophy@spencerfane.com, mlopez@spencerfane.com

*s/ Habib Nasrullah*