IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-00683-DDD-STV

CANYON CLUB CONDOMINIUM OWNERS ASSOCIATION,

      Plaintiff/Counterclaim Defendant,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a corporation,

      Defendant/Counterclaim Plaintiff.

---

**JOINT REPORT REGARDING STATUS OF SETTLEMENT**

---

Plaintiff/Counterclaim Defendant Canyon Club Condominium Owners Association and Defendant/Counterclaim Plaintiff American Family Mutual Insurance Company (collectively, the "Parties") hereby notify the Court that they have drafted the necessary settlement documents and are currently collecting the appropriate signatures to memorialize their full and final resolution of all claims asserted by the Parties or that could have been asserted by the Parties in this matter. The Parties anticipate filing a stipulation of dismissal of all claims with prejudice by June 6, 2025. Each party will pay its own fees and costs.

Dated: May 27, 2025

Respectfully submitted,

*s/ Christopher N. Mammel*
Christopher N. Mammel
Michael W. Duffy
Edward Eshoo, Jr.
Merlin Law Group
1001 17th Street
Suite 1150
Denver, CO 80202
Telephone:   720.665.9680
Facsimile:    720.665.9681
Email:  cmammel@merlinlawgroup.com
            mduffy@merlinlawgroup.com
            eeshoo@merlinlawgroup.com

Attorneys for Plaintiff Canyon Club
Condominium Owners Association

*s/ Erin Frohardt Tatman*
Habib Nasrullah
Erin Frohardt Tatman
William P. Sowers, Jr.
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202
Telephone:   303.244.1800
Facsimile:    303.244.1879
Email:         nasrullah@wtotrial.com
                 tatman@wtotrial.com
                 sowers@wtotrial.com

Terence M. Ridley
Dean Neuwirth
William M. Brophy
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, CO  80203
Telephone:   303.839.3800
Facsimile:    303.839.3838
Email:  tridley@spencerfane.com
            dneuwirth@spencerfane.com
            wbrophy@spencerfane.com

Attorneys for Defendant
American Family Mutual Insurance Company

2

### CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on May 27, 2025, I electronically filed the foregoing **JOINT REPORT REGARDING STATUS OF SETTLEMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Christopher N. Mammel**
  cmammel@merlinlawgroup.com, tchensee@merlinlawgroup.com, vquitugua@merlinlawgroup.com

- **Michael William Duffy**
  mduffy@merlinlawgroup.com, ileservice@merlinlawgroup.com

- **Edward Eshoo, Jr.**
  eeshoo@merlinlawgroup.com, ileservice@merlinlawgroup.com

- **Habib Nasrullah**
  nasrullah@wtotrial.com, goodwin@wtotrial.com, winiarski@wtotrial.com

- **Erin Tatman**
  tatman@wtotrial.com, bratcher@wtotrial.com

- **William Sowers**
  sowers@wtotrial.com, fernandez@wtotrial.com

- **Dean Steven Neuwirth**
  dneuwirth@spencerfane.com, tkane@spencerfane.com

- **Terence M. Ridley**
  tridley@spencerfane.com, lnorris@spencerfane.com, eseefried@spencerfane.com

- **William Michael Brophy**
  wbrophy@spencerfane.com, mlopez@spencerfane.com

*s/ Erin Frohardt Tatman*