IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-00683-DDD-STV

CANYON CLUB CONDOMINIUM OWNERS ASSOCIATION,

Plaintiff/Counterclaim Defendant,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a corporation,

Defendant/Counterclaim Plaintiff.

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff/Counterclaim Defendant Canyon Club Condominium Owners Association and Defendant/Counterclaim Plaintiff American Family Mutual Insurance Company hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs.

Dated: June 4, 2025

Respectfully submitted,

*s/ Christopher Mammel*
Christopher N. Mammel
Michael W. Duffy
Edward Eshoo, Jr.
Merlin Law Group
1001 17th Street
Suite 1150
Denver, CO 80202
Telephone: 720.665.9680
Facsimile: 720.665.9681
Email: cmammel@merlinlawgroup.com
mduffy@merlinlawgroup.com
eeshoo@merlinlawgroup.com
tchensee@merlinlawgroup.com

Attorneys for Plaintiff Canyon Club Condominium Owners Association

*s/ Erin Tatman*
Erin Frohardt Tatman
Habib Nasrullah
William P. Sowers, Jr.
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: 303.244.1800
Facsimile: 303.244.1879
Email: nasrullah@wtotrial.com
tatman@wtotrial.com
sowers@wtotrial.com

Terence M. Ridley
Dean Neuwirth
William M. Brophy
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, CO 80203
Telephone: 303.839.3800
Facsimile: 303.839.3838
Email: tridley@spencerfane.com
dneuwirth@spencerfane.com
wbrophy@spencerfane.com

Attorneys for Defendant
American Family Mutual Insurance Company

**CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on June 4, 2025, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Christopher N. Mammel**
  cmammel@merlinlawgroup.com, tchensee@merlinlawgroup.com, vquitugua@merlinlawgroup.com
- **Michael William Duffy**
  mduffy@merlinlawgroup.com, ileservice@merlinlawgroup.com
- **Edward Eshoo, Jr.**
  eeshoo@merlinlawgroup.com, ileservice@merlinlawgroup.com
- **Habib Nasrullah**
  nasrullah@wtotrial.com, goodwin@wtotrial.com, winiarski@wtotrial.com
- **Erin Tatman**
  tatman@wtotrial.com, bratcher@wtotrial.com
- **William Sowers**
  sowers@wtotrial.com, fernandez@wtotrial.com
- **Dean Steven Neuwirth**
  dneuwirth@spencerfane.com, tkane@spencerfane.com
- **Terence M. Ridley**
  tridley@spencerfane.com, lnorris@spencerfane.com, eseefried@spencerfane.com
- **William Michael Brophy**
  wbrophy@spencerfane.com, mlopez@spencerfane.com

*s/ Tamara Chen-See*